UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 0 4 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| ROBERTA BIGLER | § § | **C - 1 5 - 1 0 0 0** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about August 3, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROBERTA BIGLER,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of methamphetamine, that is, approximately fifty-four and seven-tenths (54.7) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT TWO

On or about October 8, 2015, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROBERTA BIGLER,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) grams of methamphetamine, that is, approximately five and two-tenths (5.2) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____

JEFFREY S. MILLER
Assistant United States Attorney

2