United States District Court
Southern District of Texas

**ENTERED**

December 15, 2015

~~David J. Bradley,~~ Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL NO. 2:15-cr-1000 (1) |
| | § | |
| ROBERTA BIGLER | § | |

## ORDER FOR PRE-SENTENCE INVESTIGATION AND DISCLOSURE & SENTENCING DATES

The defendant has been found guilty on count(s) ___1___ .   A pre-sentence report shall be prepared.

1.     The initial pre-sentence report shall be disclosed to counsel by **January 29, 2016.**

2.     Counsel shall file objections in writing to the facts of the offense and application of the sentencing guidelines *or* a statement that there is no objection by **February 12, 2016**

3.     The probation officer shall submit to the judge the final pre-sentence report with an addendum addressing contested issues by **February 26, 2016.**

4.     Sentencing is set for **March 21, 2016 at** *3:45* **p.m.**

5.     In order for counsel to attend interviews with the defendant, counsel must advise the United States Probation Officer immediately.  Oral requests must be confirmed by written notice to the U.S. Probation Office within 5 days.

6.     A defendant who is allowed to remain on bond must take a copy of this order immediately to:

**UNITED STATES PROBATION OFFICE**
**1133 NORTH SHORELINE BLVD., ROOM 124**
**CORPUS CHRISTI, TEXAS 78401**

If the Defendant receives this order  after 5:00 p.m., he/she must report to the U.S. Probation Office no later than 10:00 a.m. on the next workday.  If unable to keep this appointment, contact U.S. Probation Office at 361-888-3145.

December **14** , 2015
Date

_____
John D. Rainey
Senior United States District Judge